**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Cesar Jose FLORES, Defendant–
Appellant.**

**No. 13–50356.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2014.*

Filed Aug. 19, 2014.

Jean–Claude Andre, Assistant U.S., Vibhav Mittal, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Cesar Jose Flores, Anthony, TX, pro se.

Jerald Lee Brainin, Esquire, Los Angeles, CA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

MEMORANDUM **

Cesar Jose Flores appeals from the 26–month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Flores's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

provided Flores the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**